UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| In re: | § | Case No. 06-08079 |
| CHARLES G KIOLBASA, JR. | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/29/2013 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR(7/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                          §
                                §
CHARLES G KIOLBASA, JR.         §    Case No. 06-08079
                                §
         Debtor(s)              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 88,715.89 |
| and approved disbursements of | $ | 1,321.95 |
| leaving a balance on hand of[1] | $ | 87,393.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 7,685.79 | $ 0.00 | $ 7,685.79 |
| Attorney for Trustee Fees: BROWN SPRINGER | $ 34,078.50 | $ 0.00 | $ 34,078.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 41,764.29 |
| Remaining Balance | $ 45,629.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,447.57 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page 1)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,447.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | DEPARTMENT OF THE TREASURY-INTERNAL | $ 3,447.57 | $ 0.00 | $ 3,447.57 |

Total to be paid to priority creditors $ 3,447.57

Remaining Balance $ 42,182.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 611,407.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | DEPARTMENT OF THE TREASURY-INTERNAL | $ 8.39 | $ 0.00 | $ 0.58 |
|  | IFC CREDIT CORPORATION | $ 229,207.88 | $ 0.00 | $ 15,813.45 |
|  | Cole Taylor Bank | $ 332,251.97 | $ 0.00 | $ 22,922.64 |
|  | Citibank/ CHOICE | $ 45,579.40 | $ 0.00 | $ 3,144.60 |
|  | Unlimited Service, Inc. | $ 4,360.00 | $ 0.00 | $ 300.81 |

Total to be paid to timely general unsecured creditors $ 42,182.08

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 06-08079-DRC
Charles G Kiolbasa                                                      Chapter 7
       Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: dgomez                 Page 1 of 5                   Date Rcvd: Mar 22, 2013
                               Form ID: pdf006              Total Noticed: 218


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2013.
db           +Charles G Kiolbasa, Jr,    9075 Turnberry Drive,    Burr Ridge, IL 60527-0315
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
10810297     +A-Korn Roller, Inc.,    3545 South Morgan Street,    Chicago, IL 60609-1590
10810298      ADP, Inc.,   P.O. Box 78415,    Phoenix, AZ 85062-8415
10810299     +ADT Security Services,    361 Frontage Rd, Ste 574,    Burr Ridge, IL 60527-5830
10810301      AFLAC,   Attn: Remittance Processing Services,    1932 Wynnton Rd.,    Columbus, GA 31993-9615
10810302     +AGFA Corporation,    200 Ballardvale St.,    Wilmington, MA 01887-1069
10810315      AT & T,   P.O. Box 9001309,    Louisville, KY 40290-1309
10810316      AT&T Wireless Services Chicago,    P.O. Box 8220,    Aurora, IL 60572-8220
10810303     +Alex D. Moglia, Esq., Assignee,    Alex Mogila & Associates,    1325 Remington Road, Suite H,
               Schaumburg, IL 60173-4815
10810304     +Alois Box Company, Inc.,    2000 N. Mannheim Road,    Melrose Park, IL 60160-1092
10810305      American Environmental Consultants,    25 053 VAlley Rd.,    Lombard, IL 60148
10810306      American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
10810307      American United Life Insurance Company,    GA98470,    5348 Reliable Parkway,
               Chicago, IL 60686-0053
10810308     +Ameritech,   200 W. Ameritech Center Drive,    Schaumburg, IL 60196-0001
10810309      Amlings Flowerland,    PO Box 3219,    Oak Brook, IL 60522-3219
10810310      Ammeraal Beltech, Inc.,    P.O. Box 90351,    Chicago, IL 60696-0351
10810311      Amsterdam Printing/Litho,    PO Box 580,    Amsterdam, NY 12010-0580
10810312     +Anderson & Vreeland Inc.,    525 W. University Dr.,    Arlington Heights, IL 60004-1815
10810313     +Arrow Logistics,    245 E. Fullerton Ave.,    Carol Stream, IL 60188-1886
10810314     +Artwork Systems Inc.,    219A Rittenhouse Circle,    Bristol, PA 19007-1615
10810317     +Baldwin Graphic Systems,    12 Commerce Drive,    P.O. Box 901,    Sheldon, CT 06484-0941
10810318     +Befco / Bayerische Hypo - Und Verei,    150 E. 42nd Street,    New York, NY 10017-5612
10810319     +Bemmco Door & Hardware,    1909 Ogden Ave.,    Lisle, IL 60532-1504
10810320     +Bobst Group, Inc.,    146 Harrison Ave.,    Roseland, NJ 07068-1294
10810321     +Bonosky Oil Company,    739 N. State Street,    Elgin, IL 60123-2144
10810331      CDW Direct, LLC,    P.O. Box 75723,    Chicago, IL 60675-5723
10810332     +CEI Transport,    5105 Toll View Dr.,    Suite 200,    Rolling Meadows, IL 60008-3700
10810340      CNA Insurance,    PO Box 790094,    St Louis, MO 63179-0094
10810344     ++CONTAINER GRAPHICS CORPORATION,    114 EDINBURGH SOUTH DRIVE,    STE 104,    CARY NC 27511-6480
              (address filed with court: Container Graphics Corp.,     4841 White Bear Parkway,
               White Bear Lake, MN 55110)
10810323     +Can-Am Packaging Equip.,    30 Pulpit Rd.,    P.O. Box 191,    Pelham, NH 03076-0191
10810324      Canon Business Solutions-Central, Inc.,    Dept. 77-6024,    Chicago, IL 60678-6024
10810326     +Capital Adhesives,    1260 Old State Rd 67 S.,    Mooresville, IN 46158-8243
10810327      Capital One, F.S.B.,    Attn: Remittance Processing,    P.O. Box 34631,    Seattle, WA 98124-1631
10810328     +Caraustar (SPRAGUE),    PO Box 281913,    Atlanta, GA 30384-1913
10810329     +Cargill Financial Service,    692 E. Thornwood Dr.,    South Elgin, IL 60177-3239
10810333     +Central Pallet Supply Co.,    887-889 Church Rd.,    Elgin, IL 60123-9309
10810334      Chicago Cutting and Die,    3555 Woodland Dr.,    Northbrook, IL 60062
10810335     +Chicago Suburban Express,    P.O. Box 388568,    Chicago, IL 60638-8568
10810336      Chicago Trailer Pool Corp.,    1150 North Ellis Street,    Palatine, IL 60078
10810337     +Chiorino, Inc.,    125 Ruthar Drive,    Newark, DE 19711-8025
10810338     +Citibank Mastercard,    P.O. Box 183037,    Columbus, OH 43218-3037
10810339     +Citiwaste, Inc.,    808 S. Joliet Street,    Joliet, IL 60436-2782
11164317     +Cole Taylor Bank,    Bryn Perna, Senior Vice President,    9550 West Higgins Road,
               Rosemont, IL 60018-4907
10810341     +Cole Taylor Bank,    111 W. Washington,    Suite 400,    Chicago, IL 60602-2703
10810342     +Coleman Building,    Richard Fanslow,    5722 Dempster Street,    Morton Grove, IL 60053-3040
10810345      Contracts Unlimited, Inc,    205 Green St.,    P.O. Box 1609,    Lockport, NY 14095-1609
10810346      Converting Technology, Inc,    1555 -1557 Carmen Drive,    Elk Grove Village, IL 60007
10810347     +Corporate Insurance Agency Inc.,    1350 W. Northwest Highway,    Mount Prospect, IL 60056-2235
10810348     +Creative Computers,    IdeaMall, Inc.,    2555 W. 190th Street,    Torrance, CA 90504-6002
10810349     +Crown Equipment Corp.,    430 E. Plainfield Rd.,    LaGrange, IL 60525-6910
10810351      Custom Global Logistics,    36968 Eagle Way,    Chicago, IL 60678-1369
10810352     +Cynthia Kiolbasa,    9075 Turnberry Drive,    Burr Ridge, IL 60527-0315
10810353      D&B,   75 Remittance Drive,    Suite 1793,    Chicago, IL 60675-1793
10810354     +D.C. Power Systems,    939 Industrial Dr,    Bensenville, IL 60106-1308
10810355      Dahlgren LLC,    1634 Cobb International Blvd.,    Kennesaw, GA 30152-4353
10810356      Dean Lakhani, Esq.,    100 Industrial Rd., Suite 111,    Addison, IL 60101-4508
10810357     +Debra Ebner, Ch. 7 Trustee,    Law Offices of Deborah Ebner,    11 E. Adams Street, Suite 800,
               Chicago, IL 60603-6324
10810358     +DecisionOne Corporation,    6636 Cedar Ave South,    Richfield, MN 55423-2705
10810359     +Delta Industries, Inc.,    2201 Curtiss Street,    Downers Grove, IL 60515-4010
10810360     +Delta Machine Service,    657 S. Warren,    Palatine, IL 60074-7614
10810362     +Domino Amjet, Inc,    1290 Lakeside Drive,    Gurnee, IL 60031-2499
10810363      Duke Realty LP,    Attn: CRS16A,    75 Remittance Drive, Suite 3205,    Chicago, IL 60675-3205
10810365     +Ekvall International Ltd,    309 Vine Street,    Suite 710,    Cincinnati, OH 45202-4511
10810366     +Electricity Exchange, LLC,    5516 Bergamot Ln.,    Naperville, IL 60564-4988
10810367     +Evlico,   P.O. Box 6040,    Customer Service,    Lynchburg, VA 24505-6040
10810368     +F.A. Rauch Co.,    411 E. 9th Street,    Hinsdale, IL 60521-4507
```

```
District/off: 0752-1               User: dgomez               Page 2 of 5               Date Rcvd: Mar 22, 2013
                                   Form ID: pdf006            Total Noticed: 218

10810369     +FedEx Freight East,    4103 Colletion Center Dri.,    Chicago, IL 60693-0041
10810370     +Field Container Company, LP,    1500 Nicholas Blvd.,    Elk Grove Village, IL 60007-5575
10810371     +Flutes, LLC,    8252 Zionsville Rd.,    Indianapolis, IN 46268-1627
10810372      Ford Motor Company Credit Corp.,    P.O. Box 219825,    Kansas City, MO 64121-9825
10810373      Ford Motor Credit Corporation,    P.O. Box 64400,    Colorado Springs, CO 80962-4400
10810374     +Fresh Water One Corp.,    2005 Sanford Ave.,    New Lenox, IL 60451-2529
10810375     +G & K Services N. Chgo,    8201 S. Cork Avenue,    Justice, IL 60458-1718
10810376      GE Capital Corporation,    P.O. Box 2090,    Portland, OR 97208-2090
10810386     +GT Specialties,    PO Box 6383,    Albuquerque, NM 87197-6383
10810377     +Gibbon America II, Corp.,    801A N. State Street,    Elgin, IL 60123-2101
10810378     +Global Computer Supplies,    175 Ambassador Drive,    Naperville, IL 60540-9785
10810380      Goding Electric Motor,    686 W. Fullerton Avenue,    Glendale Heights, IL 60139
10810381     +Graham Group,    400 Chesterfield Center,    Suite 400,    Chesterfield, MO 63017-4800
10810382     +Graphic Converting, Inc.,    3696 Paysphere Circle,    Chicago, IL 60674-0036
10810383      Graphic Packaging International, Inc.,    JD Edwards Lockbox,    PO Box 404161,
               Atlanta, GA 30384-4161
10810384     +Graphic Results,    581 W. Main St.,    Cary, IL 60013-2016
10810385     +Graphic West,    60 Progress Drive,    Manchester, CT 06042-2212
10810387     +Guardian Life Insurance Company,    of America,    P.O. Box 95101,    Chicago, IL 60694-5101
10810388     +H.B. Fuller Co.,    P.O. Box 73515,    Chicago, IL 60673-7515
10810389     +Harris & Bruno,    8555 Washington Blvd.,    Roseville, CA 95678-5901
10810390     +Heritage-Crystal Clean, LLC,    P.O. Box 68123,    Indianapolis, IN 46268-0123
10810391      Hinshaw & Culbertson LLP,    222 N. LaSalle St.,    Suite 300, FD-6,    Chicago, IL 60601-1081
10810392     +Humana Health Plan Inc.,    12291 Collections Center Drive,    Chicago, IL 60693-0122
10810393     +Humana, Inc.,    111 W. Pleasant St.,    Milwaukee, WI 53212-3939
10810394     +Hydra-Vac, Inc.,    35991 Highway 21 North,    Gurnee, IL 60031-1907
10810396     +IFCO Systems,    2000 W. 32nd St.,    Chicago, IL 60608-6105
10810397      Illinois Department of Revenue,    Springfield, IL 62796-0001
10810398     +Illinois Dept. of Employment Security,    401 S. State Street,    Chicago, IL 60605-1229
10810399     +Illinois Secretary of State,    100 W Randolph St # 5-400,    Chicago, IL 60601-3273
10810401     +Inland Paperboard and Packaging, Inc.,    139 E. Fullerton,    Carol Stream, IL 60188-1825
10810402     +Inlander Brothers Inc.,    7701 S. Claremont Avenue,    Chicago, IL 60620-5889
10810403     +Inline Press,    4N363 Walter Dr.,    Addison, IL 60101-1403
10810404     +Integrated Control Solutions,    28 Bridge Ave,    Sicituate, MA 02066-4331
10810405      Interfilm Holdings, Inc.,    P.O. Box 414218,    Boston, MA 02241-4218
10810408     +International Paper Box Machine Co., Inc,    101 Perimeter Rd.,    Nashua, NH 03063-1302
10810409     +Ivex Packaging Corporation,    5925 Collections Center Drive,    Chicago, IL 60693-0059
10810410     +J Burke & Associates, Inc.,    2000 E Lamar Blvd,    Suite 600,    Arlington, TX 76006-7361
10810411      J.B. Hunt Transport, Inc.,    PO Box 98545,    Chicago, IL 60693-8545
10810412      Joe Piper Inc,    P O Box 11407,    Drawer 367,    Birmingham, AL 35246-0367
10810413     +Jorson & Carlson Co. Inc.,    1501 Pratt Blvd.,    Elk Grove Vllge, IL 60007-5714
10810414     +Just-In-Time Packaging Corp.,    2521 Technology Drive, Suite 213,    Elgin, IL 60124-7889
10810415      Kanaiyalal J. Hathi,    c/o Dean Lakhani, Esq.,    100 Industrial Rd., Suite 111,
               Addison, IL 60101-4508
10810416     +Karbon Kopy Printing,    6252 N Pulaski,    Chicago, IL 60646-5114
10810417     +Ken Specialties, Inc.,    618 N. Edgewood Avenue,    Wood Dale, IL 60191-2618
10810419     +Kings Express,    PO Box 550,    St Joseph, MN 56374-0550
10810420     +Kiolbasa, Ronald,    2085 W. Grand Cypress Ct.,    Oro Valley, AZ 85737-8730
10810421     +LaSalle Bank,    6300 S. Kingery Hwy.,    Willowbrook, IL 60527-4510
10810423      Lesker Co., Inc.,    3576 North Ave.,    Stone Park, IL 60165
10810424      Liberty Propane,    PO Box 458,    Lemont, IL 60439-0458
10810425     +Litho Spec,    39W433 Highland Ave.,    Elgin, IL 60124-4208
10810426     +Lithographic Sales & Services, Inc.,    401 Eastern Ave.,    Bensenville, IL 60106-3810
10810428     +MAC Funding Corporation,    1500 Michael Drive, Suite H,    Wood Dale, IL 60191-1067
10810430     +Malow Corporation,    1835 S. Nordic Road,    Mt. Prospect, IL 60056-5715
10810431      Marco Die Supplies, Inc.,    Dept. 5080,    P.O. Box 740041,    Louisville, KY 40201-7441
10810432     +Mardi Transportation Inc.,    2375 Pratt Blvd.,    Elk Grove Village, IL 60007-5918
10810433     +McKenna, Inc.,    2935 W. Sherwin Avenue,    Chicago, IL 60645-1209
10810434      McMaster Carr Supply Co.,    P.O. Box 7690,    Chicago, IL 60680-7690
10810435      Mead,    Coated Board Division,    2028 Collection Center Drive,    Chicago, IL 60693-2028
10810436      Michigan Department of Treasury,    Dept. 77569,    PO Box 77000,    Detroit, MI 48277-0889
10810437      Michigan Packaging Co. - Mason,    88051 Expedite Way,    Chicago, IL 60695-0001
10810438     +MicroChoice, A Division of MPM,    700 Eden Road,    Mason,, MI 48854-9277
10810439      Midwest Industrial Rubber,    PO Box 958640,    St. Louis, MO 63195-8640
10810440     +Miller Cooper & Co., Ltd.,    Suite 250,    650 Dundee Road,    Northbrook, IL 60062-2759
10810442      Mittler Supply, Inc.,    P.O. Box 1676,    South Bend, IN 46634-1676
10810443     +Mobile Paperboard,    701 Mobile Str,    Mobile, AL 36617-2019
10810444     +Motion Industries,    Berry Bearing,    P.O. Box 98412,    Chicago, IL 60693-8412
10810445     +Much, Shelist, Freed, Denenberg, Ament &,    Rubenstein, P.C.,    191 N. Wacker Drive,    Suite 1800,
               Chicago, IL 60606-1631
10810447     +NCL Graphics,    1970 Estes Ave.,    Elk Grove Village, IL 60007-5416
10810451     +NTC Electronics, Inc.,    135 S. LaSalle,    Dept. 3806,    Chicago, IL 60674-1266
10810446     +National City Visa,    P.O. Box 856176,    Louisville, KY 40285-6176
10810450     +North American Cerutti Corp,    C/O Zerand Corporation,    Box 68-4014,    Milwaukee, WI 53268-0001
10810453    #+OBL Financial Services, Inc.,    120 East Ogden Avenue, Suite 23,    Hinsdale, IL 60521-3544
10810452      Oakbrook Mechanical Service, Inc,    961 S. Route 83,    Elmhurst, IL 60126-4993
10810455      Overnite Transportation Co. (Ovnt),    P.O. Box 79755,    Baltimore, MD 25779-0755
10810459      PBCC,    P.O. Box 856640,    Louisville, KY 40285-6460
10810460     +PBCC - Pitney Bowes Credit Corp,    Purchae Power,    P.O. Box 856042,    Louisville, KY 40285-6042
10810456     +Patricia Beveilacqua,    9075 Turnberry Dr.,    Burr Ridge, IL 60527-0315
```

```
District/off: 0752-1          User: dgomez                Page 3 of 5                   Date Rcvd: Mar 22, 2013
                              Form ID: pdf006             Total Noticed: 218

10810457     +Paul Reilly Company,    P.O. Box 87618,    Dept. 2060,    Chicago, IL 60680-0618
10810461      Peak Technologies,    P O Box 8500,    S-4955,    Philadelphia, PA 19178-4955
10810462      Peoples Capital and Leasing Corp.,     150 Mackey,    Overland Park, KS 66213
10810463     +Piette Dieboards,    711 Ralph Lemorande Dr,    Oconto Falls, WI 54154-1071
10810464     +Premier Transport, Ltd.,    23831 W. Andrew Rd.,    Plainfield, IL 60585-9707
10810465      Printers Service,    P.O. Box 5120,    Ironbound Station,    Newark, NJ 07105-5120
10810467     +Prudential Life Insurance Company,     90 S. 7th St.,    Minneapolis, MN 55402-3903
10810466     +Prudential Life Insurance Company,     PO Box 856138,    Louisville, KY 40285-6138
10810468     +R Graphics Inc.,    P.O. Box 4246,    Rockford, IL 61110-0746
10810469     +R&L Carriers,    PO Box 713153,    Columbus, OH 43271-3153
10810470     +Raphael Bachrach Inc.,    76 E. Linden Ave.,    Englewood, NJ 07631-3623
10810472      Ritman Paperboard,    P.O. Box 19823,    Atlanta, GA 30384-8823
10810473     +River Valley Paper Company,    P.O. Box 1911,    Akron, OH 44309-1911
10810474     +RiverCor, LLC,    2850 Gilchrist Rd.,    Building #5,    Akron, OH 44305-4445
10810475      Rock Tenn - Battle Creek Mill,    P.O. Box 102064,    Battle Creek, MI 49015
10810476     +Rockford Paperboard, Inc.,    c/o Lakland Paper Corp.,     506 S. Prairie Ave.,
               Sturgis, MI 49091-2180
10810477     +Rush Logistics, Inc.,    634 W. Webster Ave.,    Chicago, IL 60614-3710
10810478      SBC Ameritech,    Bill Payment Center,    Chicago, IL 60663-0001
10810479     +SBC Internet Services,    4865 Collections Center Drive,     Chicago, IL 60693-0048
10810480      SBC Webhosting.com,    PO Box 910439,    Dallas, TX 75391-0439
10810491     +SOS Technologies,    5080 N. Elston,    Chicago, IL 60630-2447
10810481     +Schawk Chicago,    P.O. Box 70838,    Chicago, IL 60673-0838
10810482     +Schuld Incorporated,    352 W. Maple,    Route 30,    New Lenox, IL 60451-2953
10810483     +Semper Paper Company, Inc,    2617 Legends Way,    Crestview Hill, KY 41017-2379
10810484      Shaker Advertising Agency,    1100 Lake St.,    Shaker Bldg.,    Oak Park, IL 60301-1060
10810485      Shell Oil Company,    P. O. Box 98017,    Des Moines, IA 50368-9016
10810486     +Simkins Industries Inc.,    Dept. 0271,    PO Box#40000,    Hartford, CT 06151-0001
10810487     +Smurfit Stone - Middletown,    407 Charles St.,    Middletown, OH 45042-2107
10810489     +Smurfit-Stone - Wabash,    455 W. Factory St.,    Wabash, IN 46992-3212
10810490      Sonoco Canada Corp.,    Trent Valley Mill,    5 Bernard Long Rd.,    Trenton, ON K8V 5R8
10810492      Spectape,    1414 Solutions Center,    Chicago, IL 60171
10810493     +Standard Insurance,    P.O. Box 6339,    Portland, OR 97228-6339
10810494     +Suburban Door Check & Lock Service,     415 W. Ogden Ave.,    Westmont, IL 60559-1496
10810495     +Systems,    Mr. Larry Sommer,    5146 South Meade,    Chicago, IL 60638-1427
10810496      Systems Equipment,    120 S. Ogden Avenue,    Suite 23,    Hinsdale, IL 60521
10810497     +Tal-Mar Custom Metal Fabricators, Inc.,     4632 W. 138th Street,    Crestwood, IL 60445-1931
10810498     +The Centis Creditor Trust,    c/o Evan C. Borges, Esq.,     Irell & Manella, LLP,
               840 Newport Center Dr., Suite 400,     Newport Beach, CA 92660-6323
10810499      The Custom Companies,    P.O. Box 94338,    Chicago, IL 60678-4338
10810501     +Thomas Interior Systems, Inc.,    476 Brighton Drive,    Bloomingdale, IL 60108-3113
10810502     +Tierra,    Environmental & Industrial Service,     3821 Indianapolis Blvd.,
               East Chicago, IN 46312-2590
10810503     +Total Fire & Safety,    6808 Hobson Valley Drive,    Woodridge, IL 60517-1449
10810504     +Tranzact Technologies,    360 W. Butterfield Rd.,    Suite 400,    Elmhurst, IL 60126-5041
10810505     +Trustee of American Pad & Paper,    c/o Cooch and Taylor,     Attorneys at Law,
               824 Market Street Mall, Suite 1000,     Wilmington, DE 19801-4941
10810506     +Twin Oaks Vending, Inc.,    657 Wolverine Drive,    Aurora, IL 60502-9403
10810508     +UniFirst Corporation,    2374 Estes Ave.,    Elk Grove Village, IL 60007-5429
10810509     +Uniparts,    939 Industrial Dr.,    Bensenville, IL 60106-1357
10810510      United Lift Truck L.P.,    P.O. Box 5948,    Carol Stream, IL 60197-5948
10810511      United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
10810512     +Unlimited Service, Inc.,    PO Box 283,    Elk Grove Village, IL 60009-0283
10810513     +Upham And Walsh Lumber,    2720 Des Plaines Ave,    Des Plaines, IL 60018-4137
10810514     +V. Seng Teaming Co.,    PO Box 39,    Elk Grove Village, IL 60009-0039
10810518     +VLF, Inc.,    204 Plainview Drive,    Bolingbrook, IL 60440-1612
10810515     +Village of Bolingbrook,    375 W. Briarcliff Road,    Bolingbrook, IL 60440-3829
10810517      Vitran Express, Inc.,    PO Box 633519,    Cincinnati, OH 45263-3519
10810519     +Voegeli Board Sales, Inc.,    29 W. 150 Butterfield Road,     Warrenville, IL 60555-2804
10810520     +W.H. Leary Co., Inc.,    19418 South 97Th Avenue,    Mokena, IL 60448-8943
10810521    #+Warehouse Direct,    1601 W. Algonquin Rd.,    Mount Prospect, IL 60056-5503
10810522     +Western Slope Industries,    2524 Foresight Circle,    Grand Junction, CO 81505-1011
10810523      Yellow Freight System Inc,    PO Box 5901,    Topeka, KS 66605
10810524     +Zipprich,    959 N. Garfield,    Lombard, IL 60148-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10810315      E-mail/Text: g17768@att.com Mar 23 2013 09:33:56      AT & T,    P.O. Box 9001309,
               Louisville, KY 40290-1309
10810300      E-mail/Text: trourke@advanstar.com Mar 23 2013 09:35:02      Advanstar Communications,
               131 West First Street,    Duluth, MN 55802-2065
10810350      E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Mar 23 2013 09:33:51      CSC,    P.O. Box 13397,
               Philadelphia, PA 19101-3397
10810343      E-mail/Text: legalcollections@comed.com Mar 23 2013 09:32:49      Commonwealth Edison,
               Bill Payment Center,    Chicago, IL 60668-0001
10810361     +E-mail/Text: info@dixiegraphics.com Mar 23 2013 09:34:01      Dixie Graphics,    636 Grassmere Park,
               Nashville, TN 37211-3697
10810364     +E-mail/Text: bankruptcy@edward.org Mar 23 2013 09:37:14      Edward Hospital,
               801 S. Washington St.,    Naperville, IL 60540-7499
10810379      E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2013 09:33:50      GMAC Payment Processing Center,
               PO Box 9001952,    Louisville, KY 40290-1952
```

```
District/off: 0752-1             User: dgomez                 Page 4 of 5                  Date Rcvd: Mar 22, 2013
                                 Form ID: pdf006              Total Noticed: 218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
10810406       E-mail/Text: cio.bncmail@irs.gov Mar 23 2013 09:28:57
                 Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                 P O Box 21126,    Philadelphia, PA 19114
10810400      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Mar 23 2013 09:41:49
                 Indiana Department of Revenue,    PO Box 7226,    Indianapolis, IN 46207-7226
10810448      +Fax: 630-227-1550 Mar 23 2013 09:35:22      Nicoat,    840 Industrial Drive,
                 Bensenville, IL 60106-1307
10810449       E-mail/Text: bankrup@aglresources.com Mar 23 2013 09:30:55       Nicor Gas,    P.O. Box 2020,
                 Aurora, IL 60507-2020
10810458      +E-mail/Text: bankruptcy@unum.com Mar 23 2013 09:33:34       Paul Revere Life Insurance Co.,
                 P.O. Box 740590,    Atlanta, GA 30374-0590
10810471       E-mail/Text: bankruptcy@pb.com Mar 23 2013 09:32:50       Reserve Account,    PO Box 856056,
                 Louisville, KY 40285-6056
10810500      +E-mail/Text: dascher@tngus.com Mar 23 2013 09:33:03       The Newark Group,    20 Jackson Drive,
                 Cranford, NJ 07016-3609
10810507      +E-mail/Text: ulinecollections@uline.com Mar 23 2013 09:37:05       ULine,    2200 S. Lakeside Drive,
                 Waukegan, IL 60085-8311
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10810330       Cascades Boxboard Group Inc.,    772 Rue Sherbrooke Quest,    Bureau 300,   H3A 1G1,
                 Montreal Quebec, IL
10810418       KHL Illinois
10810407*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10810422*     +LaSalle Bank,    6300 S. Kingery Hwy,    Willowbrook, IL 60527-4510
10810322      ##Brian Rujawitz,    705 S. Knight,   Park Ridge, IL 60068-4407
10810325      ##Canon Financial Services, Inc.,    PO Box 4004,    Carol Stream, IL 60197-4004
11096945      ##Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10810395     ##+IFC Credit Corporation,    8700 Waukegan Road,    Suite 100,   Morton Grove, IL 60053-2104
10810427     ##+M & S Transport, Inc.,    3738 S. Cicero Ave.,    Cicero, IL 60804-4536
10810429     ##+Macorp,    501 Dickerson Rd.,    PO Box 1429,   North Wales, PA 19454-0429
10810441     ##+Mitsubishi Lithographic Presses,    600 Barclay Blvd,    Lincolnshire, IL 60069-4328
10810454     ##+Oldham Group/R-Graphics,    121 Hall Street,    Rockford, IL 61107-4109
10810488     ##+Smurfit-Stone,    Executive Office,    150 N. Michigan Ave.,    Chicago, IL 60601-7620
10810516     ##+Village of Romeoville,    Water Department,    13 Montrose Drive,    Romeoville, IL 60446-1329
                                                                                   TOTALS: 2, * 2, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2013**                         **Signature:**       _Joseph Speetjens_

```
District/off: 0752-1           User: dgomez              Page 5 of 5                  Date Rcvd: Mar 22, 2013
                               Form ID: pdf006           Total Noticed: 218
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2013 at the address(es) listed below:

```
              Adam P. Silverman    on behalf of Debtor Charles G Kiolbasa, Jr asilverman@ag-ltd.com
              Adam P. Silverman    on behalf of Defendant Charles G Kiolbasa, Jr asilverman@ag-ltd.com
              Chad H. Gettleman    on behalf of Debtor Charles G Kiolbasa, Jr cgettleman@ag-ltd.com
              David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              David R Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Gus A Paloian    on behalf of Creditor   IFC Credit Corporation gpaloian@seyfarth.com
              Jerold Jay Shapiro    on behalf of Creditor Bank of America   Bank of America jshapiro@kslawfirm.com
              Joy E Mason    on behalf of Plaintiff   Custom Companies, The jelevy@arnstein.com
              Michael L Starzec    on behalf of Plaintiff   MBNA America Bank N. A. mike@collectalot.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stanley F. Orszula    on behalf of Debtor Charles G Kiolbasa, Jr sorszula@fdic.gov
              Terri M Long    on behalf of Creditor   CitiMortgage, Inc. Courts@tmlong.com
                                                                                             TOTAL: 13
```