UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
CHARLES G KIOLBASA, JR.                   §   Case No. 06-08079
                                          §
            Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/DAVID R. BROWN_____
                                                         Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Congressional Bank |  |  |  |
| DAvid R. Brown, Trustee/Kiolbasa |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| International Sureties, Ltd. | | | | | |
| SUITE 420<br>701 POLYDRAS ST.<br>NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA  70139 | | | | | |
| SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | | | | | |
| Congressional Bank | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNION BANK | | | | | |
| The Bank of New York Mellon | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cole Taylor Bank | | | | | |
| | IFC CREDIT CORPORATION | | | | | |
| | Unlimited Service, Inc. | | | | | |
| | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| | Clerk, United States Bankruptcy Court | | | | | |
| | Cole Taylor Bank | | | | | |
| | Unlimited Service, Inc. | | | | | |
| | Citibank/ CHOICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 06-08079 | JHS | Judge: | John H. Squires | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | CHARLES G KIOLBASA, JR. | | | | Date Filed (f) or Converted (c): | 07/09/2006 (f) |
| | | | | | 341(a) Meeting Date: | 08/29/2006 |
| For Period Ending: | 02/26/2014 | | | | Claims Bar Date: | 02/08/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9075 Turnberry Drive  Burr Ridge, Illinois 60527 | 975,000.00 | 749,739.10 | | 0.00 | FA |
| 2. Approx. average amount held. | 110.12 | 110.12 | | 0.00 | FA |
| 3. Checking/Money Market Account - LaSalle Bank  Account No. XXXXXX6471 | 120.38 | 0.00 | | 0.00 | FA |
| 4. See Schedule B-4 | Unknown | 120.38 | | 0.00 | FA |
| 5. Assorted books, picture, tapes, CDs  (Estimated liquidation value) | 50.00 | 50.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | Unknown | 0.00 | | 0.00 | FA |
| 7. Wedding Ring; Weil Watch; broken diving watch | 280.00 | 280.00 | | 0.00 | FA |
| 8. Winchester Pellet Gun, Golf Clubs, Camera, miscellaneous sporting goods. | 500.00 | 500.00 | | 0.00 | FA |
| 9. $500,000 Term Life Insurance Policy (owned by  Field Container, Debtor isnured and Debtor's spouse is beneficiary) | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1990 Chapco Carton defined benefit plan terminated  and replaced by subsequent Chapco Carton 401K Plan, currently administered by PBGC, plan value of approx. $60,000, availability unknown | Unknown | 0.00 | | 0.00 | FA |
| 11. 100% Chapco Carton Company (Chapter 7 Debtor  04-26000)  20$ Chapco Packaging Corporation (Assignment for Benefit of Creditors) | 0.00 | 0.00 | | 0.00 | FA |
| 12. One week of accrued wages from 7/4/06 to 7/9/06 | 3,664.77 | 3,664.77 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 06-08079 | JHS | Judge: | John H. Squires | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | CHARLES G KIOLBASA, JR. | | | | Date Filed (f) or Converted (c): | 07/09/2006 (f) |
| | | | | | 341(a) Meeting Date: | 08/29/2006 |
| For Period Ending: | 02/26/2014 | | | | Claims Bar Date: | 02/08/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Possible malpractice actions against former counsel | Unknown | 0.00 | | 0.00 | FA |
| 14. 1987 17' Bayliner (Debtor's original cost approx $5,000) | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 15. 7 year old dog | 0.00 | 0.00 | | 0.00 | FA |
| 16. Membership in Edgewood Valley Country Club | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 17. Global Settlement                    (u) | 119,000.00 | 119,000.00 | | 88,400.00 | 30,600.00 |
| INT. Post-Petition Interest Deposits     (u) | Unknown | N/A | | 315.89 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,106,225.27    $880,964.37    $88,715.89    $30,600.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee still collecting monthly payments of original obligation for debtor to pay $3,400 until balloon payment in 2010. Trustee has entered into forbearance agreement due to the effects of the economy which would extend those payment through 2011. Absent timely receipt of Final report in process for closing case without discharge due to Debtor's failure to make all settlement payments. Debtor has requested another thirty days to do so, and Trustee has agreed to that (as of October 15, 2012)

Initial Projected Date of Final Report (TFR): 09/30/2007    Current Projected Date of Final Report (TFR): 01/31/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 06-08079 | Trustee Name: DAVID R. BROWN |
| Case Name: CHARLES G KIOLBASA, JR. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0988 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/09 | | Transfer from Acct # XXXXXX1001 | Bank Funds Transfer | 9999-000 | $57,885.43 | | $57,885.43 |
| 02/05/09 | | Transfer to Acct # XXXXXX1176 | TRANSFER TO WRITE CHECKS | 9999-000 | | $58.00 | $57,827.43 |
| 02/19/09 | 17 | KIOLBASA, CHARLES 9075 Turnberry Drive Burr Ridge, IL 60527 | settlement payment | 1290-000 | $3,400.00 | | $61,227.43 |
| 02/27/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $10.41 | | $61,237.84 |
| 03/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $13.41 | | $61,251.25 |
| 04/30/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $12.57 | | $61,263.82 |
| 05/29/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $12.15 | | $61,275.97 |
| 06/30/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $13.41 | | $61,289.38 |
| 07/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $12.99 | | $61,302.37 |
| 08/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $12.99 | | $61,315.36 |
| 09/08/09 | 17 | CHARLES & CYNTHIA KIOLBASA 9075 Turnberry Drive Burr Ridge, IL 60527 | Settlement payment | 1290-000 | $3,400.00 | | $64,715.36 |
| 09/30/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | $13.08 | | $64,728.44 |
| 10/08/09 | 17 | KIOLBASA, CHARLES 9075 Turnberry Drive Burr Ridge, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $68,128.44 |
| 10/30/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | $13.70 | | $68,142.14 |
| 11/23/09 | 17 | CHARLES AND CYNTHIA KIOLBASA 9075 Turnberry Dr. Burr Ridge, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $71,542.14 |
| 11/30/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | $14.59 | | $71,556.73 |
| 12/22/09 | 17 | KIOLBASA, CHARLES 9075 Turnberry Drive Lisle, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $74,956.73 |
| | | | Page Subtotals: | | $75,014.73 | $58.00 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 06-08079 | Trustee Name: DAVID R. BROWN |
| Case Name: CHARLES G KIOLBASA, JR. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0988 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/31/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | $15.37 | | $74,972.10 |
| 01/19/10 | 17 | CHARLES & CYNTHIA KIOLBASA 9075 Turnberry DriveBurr Ridge, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $78,372.10 |
| 01/29/10 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $9.67 | | $78,381.77 |
| 02/10/10 | | Transfer to Acct # XXXXXX1176 | TRANSFER TO WRITE CHECKS | 9999-000 | | $62.00 | $78,319.77 |
| 02/25/10 | 17 | KIOLBASA, CHARLES 9075 Turnberry DriveBurr Ridge, IL 60527 | | 1249-000 | $3,400.00 | | $81,719.77 |
| 02/26/10 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $9.00 | | $81,728.77 |
| 03/31/10 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $11.03 | | $81,739.80 |
| 04/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $6.69 | | $81,746.49 |
| 05/28/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $6.27 | | $81,752.76 |
| 06/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $7.39 | | $81,760.15 |
| 07/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $7.06 | | $81,767.21 |
| 08/31/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $7.17 | | $81,774.38 |
| 09/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $6.72 | | $81,781.10 |
| 10/29/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $6.50 | | $81,787.60 |
| 11/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | $3.81 | | $81,791.41 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | $3.47 | | $81,794.88 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | $1.01 | | $81,795.89 |

Page Subtotals: $6,901.16    $62.00

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-08079 | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | CHARLES G KIOLBASA, JR. | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0988 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX0168 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/26/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/11 | | Transfer to Acct # XXXXXX1176 | TRANSFER TO WRITE CHECKS | 9999-000 | | $66.00 | $81,729.89 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $199.12 | $81,530.77 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | $199.12 | $81,331.65 |
| 12/20/11 | | UNION BANK | Bank Charges | 2600-000 | | $199.12 | $81,132.53 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-000 | | $199.12 | $80,933.41 |
| 01/25/12 | | UNION BANK | Bank Charges | 2600-000 | | $199.12 | $80,734.29 |
| 02/03/12 | | Transfer to Acct # XXXXXX3424 | Bank Funds Transfer | 9999-000 | | $80,734.29 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $81,915.89 | $81,915.89 |
| Less: Bank Transfers/CD's | $57,885.43 | $80,920.29 |
| Subtotal | $24,030.46 | $995.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,030.46 | $995.60 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Page Subtotals:    $0.00    $81,795.89

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-08079 | Trustee Name: | DAVID R. BROWN |
| Case Name: | CHARLES G KIOLBASA, JR. | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX1176 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0168 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/26/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/09 | | Transfer from Acct # XXXXXX0988 | TRANSFER TO WRITE CHECKS | 9999-000 | $58.00 | | $58.00 |
| 02/05/09 | 101 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POLYDRAS ST. NEW ORLEANS, LA 70139 | Bond No. 016026455 | 2300-000 | | $58.00 | $0.00 |
| 02/10/10 | | Transfer from Acct # XXXXXX0988 | TRANSFER TO WRITE CHECKS | 9999-000 | $62.00 | | $62.00 |
| 02/10/10 | 102 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $62.00 | $0.00 |
| 02/09/11 | | Transfer from Acct # XXXXXX0988 | TRANSFER TO WRITE CHECKS | 9999-000 | $66.00 | | $66.00 |
| 02/09/11 | 103 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond 016026455 | 2300-000 | | $66.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $186.00 | $186.00 |
| Less: Bank Transfers/CD's | $186.00 | $0.00 |
| Subtotal | $0.00 | $186.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $186.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Page Subtotals: $186.00 $186.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 06-08079 | Trustee Name: DAVID R. BROWN |
| Case Name: CHARLES G KIOLBASA, JR. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX1001 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/10/07 | 17 | CHARLES KIOLBASA 9075 TURNBERRY DRIVE BURR RIDGE, IL 60527 | SETTLEMENT PROCEEDS | 1249-000 | $3,400.00 | | $3,400.00 |
| 08/31/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | $1.57 | | $3,401.57 |
| 09/10/07 | 17 | CHARLES KIOLBASA 9075 TURNBERRY DRIVE BURR RIDGE, IL 60527 | settlement payment | 1249-000 | $3,400.00 | | $6,801.57 |
| 09/28/07 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | $3.33 | | $6,804.90 |
| 10/09/07 | 17 | CHARLES KIOLBASA 9075 TURNBERRY DRIVE BURR RIDGE, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $10,204.90 |
| 10/31/07 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | $5.46 | | $10,210.36 |
| 11/13/07 | 17 | CHARLES KIOLBASA 9075 TURNBERRY DRIVE BURR RIDGE, IL 60527 | SETTLEMENT PAYMENT | 1249-000 | $3,400.00 | | $13,610.36 |
| 11/30/07 | INT | Bank of America | Interest Rate 0.650 | 1270-000 | $6.12 | | $13,616.48 |
| 12/07/07 | 17 | Charles Kiolbasa 9075 TURNBERRY DRIVE BURR RIDGE, IL 60527 | SETTLEMENT PAYMENT | 1229-000 | $3,400.00 | | $17,016.48 |
| 12/31/07 | INT | Bank of America | Interest Rate 0.500 | 1270-000 | $7.41 | | $17,023.89 |
| 01/09/08 | 17 | CHARLES KIOLBASA 9075 TURNBERRY DRIVE BURR RIDGE, IL 60527 | SETTLEMENT PAYMENT | 1249-000 | $3,400.00 | | $20,423.89 |
| 01/31/08 | INT | Bank of America | Interest Rate 0.400 | 1270-000 | $7.44 | | $20,431.33 |
| 02/13/08 | 17 | CHARLES G KIOLBASA JR 9075 TURNBERRY DRIVE BURR RIDGE, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $23,831.33 |
| 02/29/08 | INT | Bank of America | Interest Rate 0.300 | 1270-000 | $5.11 | | $23,836.44 |

Page Subtotals: $23,836.44   $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 06-08079 | Trustee Name: DAVID R. BROWN |
| Case Name: CHARLES G KIOLBASA, JR. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX1001 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/08 | 17 | CHARLES KIOLBASA<br>9075 TURNBERRY DRIVEBURR RIDGE, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $27,236.44 |
| 03/31/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | $5.99 | | $27,242.43 |
| 04/11/08 | 17 | CHARLES KIOLBASA<br>9075 TURNBERRY DRIVEBURR RIDGE, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $30,642.43 |
| 04/30/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | $5.91 | | $30,648.34 |
| 05/14/08 | 17 | CHARLES KOLBASA<br>9075 TURNBERRY DRIVEBURR RIDGE, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $34,048.34 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $4.04 | | $34,052.38 |
| 06/10/08 | 17 | CHARLES KIOLBASA<br>9075 TURNBERRY DRIVEBURR RIDGE, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $37,452.38 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $4.39 | | $37,456.77 |
| 07/18/08 | 17 | CHARLES KIOLBASA<br>9075 TURNBERRY DRIVEBURR RIDGE, IL 60527 | Settlement payment | 1249-000 | $3,400.00 | | $40,856.77 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $4.87 | | $40,861.64 |
| 08/15/08 | 17 | KIOLBASA JR, CHARLES G<br>9075 TURNBERRY DRBURR RIDGE, IL 60527-0315 | Global Settlement payment | 1249-000 | $3,400.00 | | $44,261.64 |
| 08/29/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $5.34 | | $44,266.98 |
| 09/15/08 | 17 | KIOLBASA, CHARLES<br>9075 TurnberryBurr Ridge, IL 60527 | settlement payment | 1249-000 | $3,400.00 | | $47,666.98 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | $5.61 | | $47,672.59 |
| 10/16/08 | 17 | KIOLBASA, CHARLES G.<br>9075 Turnberry DriveBurr Ridge, IL 60527 | settlement payment | 1249-000 | $3,400.00 | | $51,072.59 |

Page Subtotals: $27,236.15 $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 06-08079  
Case Name: CHARLES G KIOLBASA, JR.  
Taxpayer ID No: XX-XXX0168  
For Period Ending: 02/26/2014  

Trustee Name: DAVID R. BROWN  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX1001  
Money Market Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | $4.73 | | $51,077.32 |
| 11/25/08 | 17 | KIOLBASA, CHARLES<br>9075 Turnberry DriveBurr Ridge, IL 60527 | settlement payment | 1249-000 | $3,400.00 | | $54,477.32 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | $4.18 | | $54,481.50 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.020 | 1270-000 | $2.94 | | $54,484.44 |
| 01/05/09 | 17 | KIOLBASA, CHARLES<br>9075 Turnberry Dr.Burr Ridge, IL | settlement payment | 1249-000 | $3,400.00 | | $57,884.44 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.020 | 1270-000 | $0.96 | | $57,885.40 |
| 02/02/09 | INT | Bank of America | FINAL INTEREST REC'D FROM BANK | 1270-000 | $0.03 | | $57,885.43 |
| 02/02/09 | | Transfer to Acct # XXXXXX0988 | Bank Funds Transfer | 9999-000 | | $57,885.43 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $57,885.43 | $57,885.43 |
| Less: Bank Transfers/CD's | $0.00 | $57,885.43 |
| Subtotal | $57,885.43 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $57,885.43 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page Subtotals:    $6,812.84    $57,885.43

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 06-08079 | Trustee Name: DAVID R. BROWN |
| Case Name: CHARLES G KIOLBASA, JR. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3424 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX0988 | Bank Funds Transfer | 9999-000 | $80,734.29 | | $80,734.29 |
| 02/10/12 | 1001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | $70.00 | $80,664.29 |
| 02/28/12 | 17 | KIOLBASA, CYNTHIA C. 9075 Turnberry DriveBurr Ridge, IL 60527 | | 1249-000 | $3,400.00 | | $84,064.29 |
| 04/02/12 | 17 | KIOLBASA, CYNTHIA 9075 Turnberry DriveBurr Ridge, IL | | 1249-000 | $3,400.00 | | $87,464.29 |
| 02/13/13 | 1002 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond no. 016026455 | 2300-000 | | $70.35 | $87,393.94 |
| 03/08/13 | | Congressional Bank 6500 Rock Spring Drive  Suite 300 Bethesda, MD 20817 | service charge | 2600-000 | | $83.85 | $87,310.09 |
| 04/17/13 | 1003 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL  60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,685.79 | $79,624.30 |
| 04/17/13 | 1004 | BROWN SPRINGER & DAVIS, LLC 400 South County Farm Road Suite 330 Wheaton, IL  60187 | Attorney Fees | 3110-000 | | $34,078.50 | $45,545.80 |
| 04/17/13 | 1005 | DEPARTMENT OF THE TREASURY-INTERNAL ervice Centralized Insolvency Operations P O Box 21126 Philadelphia, PA  19114 | Final distribution representing a payment of 100.00 % per court order. | 5800-003 | | $3,447.57 | $42,098.23 |
| 04/17/13 | 1006 | Citibank/ CHOICE Exception Payment Processing P.O. Box 6305 The Lakes, NV  88901-6305 | Final distribution representing a payment of 6.89 % per court order. | 7100-003 | | $3,138.35 | $38,959.88 |
| 04/17/13 | 1007 | Cole Taylor Bank Bryn Perna, Senior Vice President 9550 West Higgins Road Rosemont, IL  60018 | Final distribution representing a payment of 6.89 % per court order. | 7100-000 | | $22,877.08 | $16,082.80 |

Page Subtotals: $87,534.29   $71,451.49

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 06-08079 | Trustee Name: DAVID R. BROWN |
| Case Name: CHARLES G KIOLBASA, JR. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3424 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/17/13 | 1008 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $0.58 | $16,082.22 |
| 04/17/13 | 1009 | IFC CREDIT CORPORATION<br>8700 Waukegan Road<br>Suite 100<br>Morton Grove, IL 60053 | Final distribution representing a payment of 6.89 % per court order. | 7100-000 | | $15,782.02 | $300.20 |
| 04/17/13 | 1010 | Unlimited Service, Inc.<br>PO Box 283<br>Elk Grove Village, IL 60007 | Final distribution representing a payment of 6.89 % per court order. | 7100-000 | | $300.20 | $0.00 |
| 05/01/13 | 1005 | DEPARTMENT OF THE TREASURY-INTERNAL<br>ervice<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Final distribution representing a payment of 100.00 % per court order. Reversal<br>Check returned - claim satisfied | 5800-003 | | ($3,447.57) | $3,447.57 |
| 05/01/13 | 1006 | Citibank/ CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Final distribution representing a payment of 6.89 % per court order. Reversal<br>check returned undeliverable | 7100-003 | | ($3,138.35) | $6,585.92 |
| 05/09/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | | 2600-000 | | $85.76 | $6,500.16 |
| 05/22/13 | | Transfer to Acct # xxxxxx7302 | Transfer of Funds | 9999-000 | | $6,500.16 | $0.00 |
| 06/12/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | bank charge refund | 8500-002 | | ($85.76) | $85.76 |
| 07/09/13 | 1011 | DAvid R. Brown, Trustee/Kiolbasa | fund transfer | 8500-002 | | $85.76 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $87,534.29 | $87,534.29 |
| Less: Bank Transfers/CD's | $80,734.29 | $6,500.16 |
| Subtotal | $6,800.00 | $81,034.13 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,800.00 | $81,034.13 |
| Page Subtotals: | $0.00 | $16,082.80 |

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 06-08079 | Trustee Name: DAVID R. BROWN |
| Case Name: CHARLES G KIOLBASA, JR. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7302 |
| | Checking |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx3424 | Transfer of Funds | 9999-000 | $6,500.16 | | $6,500.16 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,490.16 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,480.16 |
| 07/23/13 | | Estate of Charles Kiolbasa | Fund transfer clear out Congressional Bank account and move to BONY account | 1290-000 | $85.76 | | $6,565.92 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,555.92 |
| 09/09/13 | 3001 | IFC CREDIT CORPORATION 8700 Waukegan Road Suite 100 Morton Grove, IL 60053 | supplemental distribution | 7100-003 | | $1,292.46 | $5,263.46 |
| 09/09/13 | 3002 | Cole Taylor Bank Bryn Perna, Senior Vice President 9550 West Higgins Road Rosemont, IL 60018 | supplemental distribution | 7100-002 | | $1,873.51 | $3,389.95 |
| 09/09/13 | 3003 | Citibank/ CHOICE Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | supplemental distribution | 7100-003 | | $257.01 | $3,132.94 |
| 09/09/13 | 3004 | Unlimited Service, Inc. PO Box 283 Elk Grove Village, IL 60007 | supplemental distribution | 7100-002 | | $24.59 | $3,108.35 |
| 11/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | bank charge reversal | 2600-002 | | ($30.00) | $3,138.35 |
| 12/10/13 | | IFC Credit Corporation | reverse unclaimed distribution | 1290-003 | $1,292.46 | | $4,430.81 |
| 12/10/13 | | Chase/Choice | reverse unclaimed distribution check 3003 | 1290-003 | $257.01 | | $4,687.82 |

Page Subtotals: $8,135.39   $3,447.57

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-08079 | Trustee Name: | DAVID R. BROWN |
| Case Name: | CHARLES G KIOLBASA, JR. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7302 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0168 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/26/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/10/13 | 3005 | Clerk, United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | unclaimed distributions | 7100-002 | | $4,687.82 | $0.00 |
| 01/14/14 | 3003 | Citibank/ CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | supplemental distribution<br>Reversal<br>check returned undeliverable | 7100-003 | | ($257.01) | $257.01 |
| 01/14/14 | 3001 | IFC CREDIT CORPORATION<br>8700 Waukegan Road<br>Suite 100<br>Morton Grove, IL  60053 | supplemental distribution<br>Reversal<br>check returned undeliverable | 7100-003 | | ($1,292.46) | $1,549.47 |
| 01/14/14 | | Chase/Choice | reverse unclaimed distribution<br>Reversal<br>duplicate transaction | 1290-003 | ($257.01) | | $1,292.46 |
| 01/14/14 | | IFC Credit Corporation | reverse unclaimed distribution<br>Reversal<br>duplicate adjustment | 1290-003 | ($1,292.46) | | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $6,585.92 | $6,585.92 |
| Less: Bank Transfers/CD's | $6,500.16 | $0.00 |
| Subtotal | $85.76 | $6,585.92 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $85.76 | $6,585.92 |

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*                                    Page Subtotals:     ($1,549.47)     $3,138.35

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0988 - Money Market Account | $24,030.46 | $995.60 | $0.00 |
| XXXXXX1001 - Money Market Account | $57,885.43 | $0.00 | $0.00 |
| XXXXXX1176 - Checking Account | $0.00 | $186.00 | $0.00 |
| XXXXXX3424 - Checking Account | $6,800.00 | $81,034.13 | $0.00 |
| XXXXXX7302 - Checking | $85.76 | $6,585.92 | $0.00 |
| | $88,801.65 | $88,801.65 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $88,801.65 |
| Total Gross Receipts: | $88,801.65 |

Page Subtotals:  $0.00   $0.00